IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARPENTER, ) | No. C 06-7408 JSW (PR) |
| Petitioner, ) | |
| vs. ) | **JUDGMENT** |
| SCOTT KERNAN, Warden, ) | |
| Respondent. ) | |

The Court has denied this petition for a writ of habeas corpus. A judgment is entered in favor of Respondent. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 2, 2009

JEFFREY S. WHITE
United States District Judge